AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### District of Massachusetts

Comcast of SNE, Inc.

V.

George Laganas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 12610 RWZ**

TO: (Name and address of Defendant)

George Laganas
44 Nob Way
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 14 2004
DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

January 7, 2005

I hereby certify and return that on 1/6/2005 at 2:25PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of GEORGE LAGANAS, , 44 NOB Way Lowell, MA 01852 and by mailing 1st class to the above address on 1/7/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($0.90), Postage and Handling ($3.00), Travel ($16.00) Total Charges $49.90

*Arthur Santos*
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                    Date                              Signature of Server

_____
Address of Server

SCANNED
DATE: 1-13-05
BY: M

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.