UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERKS OFFICE

2005 JAN 26  P 3: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| COMCAST OF SNE, INC., | ) | |
| | ) | |
| VS. | ) | ANSWER OF DEFENDANT |
| | ) | |
| GEORGE LAGANAS, | ) | CASE NO. 04 12610RWZ |

The defendant is unable to answer some of the complaints made because they involve complicated Federal Law, but for answers to allegations 3, 4, 5 & 6, the defendant says that he did live at 44 Nob Way and denies the rest.

For answer to allegations 7, 8, 9, 10, 11, 12, 13, 14, 15, & 16, the defendant says that these are not true and denies same.

For answer to allegations 17, 18, 19, 20, 21, 22 & 23, the defendant says that these are not true and denies them.

For answer to allegations 24, 25, 26 & 27, the defendant says that these are not true and denies them.

The defendant asks that the complaint against him be dismissed and that if he has to hire a lawyer that he be given the cost of the lawyer by the plaintiff.

Respectfully submitted,

_George Laganas_
George Laganas

DATED: January 25, 2005

January 25, 2005


Attorney John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O,. Box 210
Northampton, MA 01061-0210

Dear Attorney McLaughlin:

Enclosed is copy of my answer. I chose not to hire a lawyer at this time. I would like to discuss the matter with you, if it is alright.

I mailed a copy of this answer and letter to the Clerk of the United States District Court.

Sincerely,


George Laganas